UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DARION MUHAMMAD-COLEMAN,<br><br>　　　　　　　　　　Petitioner,<br>v.<br>LAGRAND, *et al.*,<br>　　　　　　　　　　Respondents. | Case No. 3:23-cv-00012-ART-CLB<br><br>**Order Granting Extension of Time to File Amended Petition to November 6, 2023**<br><br>(ECF No. 13) |

Petitioner Darion Muhammad-Coleman seeks an extension of time to file an amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 13.) Good cause appearing,

It is ordered that Petitioner's unopposed motion for extension of time to file an amended petition **(ECF No. 13) is GRANTED** *nunc pro tunc.* **The deadline to file the amended petition is extended to November 6, 2023.**

DATED THIS 15th day of August 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1