UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DARION MUHAMMAD-COLEMAN,<br><br>　　　　　　　　　　　Petitioner,<br><br>　v.<br><br>LAGRAND, *et al.*,<br><br>　　　　　　　　　　　Respondents. | Case No. 3:23-cv-00012-ART-CLB<br><br>**Order Granting Extension of Time to File Amended Petition to April 5, 2024**<br><br>(ECF No. 17) |

　　Petitioner Darion Muhammad-Coleman seeks an extension of time to file an amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 15.) Petitioner's counsel, the Federal Public Defender, explains that she has retained an expert who must evaluate Petitioner and complete a report. Good cause appearing,

　　It is ordered that Petitioner's unopposed third motion for extension of time to file an amended petition **(ECF No. 17) is GRANTED** *nunc pro tunc.* **The deadline to file the amended petition is extended to April 5, 2024.**

　　DATED THIS 9th day of February 2024.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE