UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DARION MUHAMMAD-COLEMAN,<br><br>                          Petitioner,<br>v.<br><br>LAGRAND, *et al.*,<br><br>                          Respondents. | Case No. 3:23-cv-00012-ART-CLB<br><br>Order Granting Extension of Time to File Response to Amended Petition to August 12, 2024<br><br>(ECF No. 23) |

Respondents ask the Court for an extension of time to respond to Darion Muhammad-Coleman's first amended 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 23.) Good cause appearing,

It is ordered that Respondents' unopposed motion for extension of time to file a response to the amended petition **(ECF No. 23) is GRANTED** *nunc pro tunc*. **The deadline to file the response is extended to August 12, 2024.**

      DATED THIS 11th day of July 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1