UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DARION MUHAMMAD-COLEMAN,<br><br>　　　　　　　　　　　　Petitioner,<br>v.<br>LAGRAND, *et al.*,<br><br>　　　　　　　　　　　　Respondents. | Case No. 3:23-cv-00012-ART-CLB<br><br>Order Granting Extension of Time to File Reply in Support of Motion to Strike to April 23, 2025<br><br>(ECF No. 49) |

In this 28 U.S.C. § 2254 habeas corpus action, Petitioner Darion Muhammad-Coleman asks the Court for an extension of time to file a reply in support of his motion to strike. (ECF No. 49.) Good cause appearing, the motion is granted. The Court notes, however, that, absent extraordinary circumstances, it is unlikely to grant any further extensions.

It is therefore ordered that Petitioner's unopposed motion for extension of time to file a reply in support of the motion to strike **(ECF No. 49) is GRANTED** *nunc pro tunc.* **The deadline is extended to April 23, 2025**.

Dated this 4th day of April 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1