UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DARION MUHAMMAD-COLEMAN,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br>LAGRAND, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 3:23-cv-00012-ART-CLB<br><br>Order Granting Motion to Strike<br><br>(ECF No. 56) |

Petitioner Darion Muhammad-Coleman, who is represented by the Federal Public Defender, has filed a *pro se* second amended 28 U.S.C. § 2254 habeas corpus petition and a *pro se* motion for preliminary injunction. (docketed as two motions at ECF Nos. 54, 55.) Respondents have moved to strike the filings as fugitive documents. (ECF No. 56.) As the Court has previously advised Petitioner, under the Local Rules a party who is represented by counsel must not file *pro se* documents. LR IA 11-6(a). The Court, therefore, grants Respondents motion to strike the fugitive documents.

It is therefore ordered that Respondents' motion to strike fugitive documents **(ECF No. 56) is GRANTED**.

It is further ordered that the *pro se* second amended petition, motion for preliminary injunction, and motion to extend time **(ECF Nos. 54, 55, 57) are all STRICKEN**.

Dated this 1st day of July 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1