UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DARION MUHAMMAD-COLEMAN, | Case No. 3:23-cv-00012-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BREITENBACH, | |
| Respondent. | |

This matter is before the Court on Respondent's unopposed motion for a 31-day extension of time to file her answer to Petitioner Darion Muhammad-Coleman's amended petition. (ECF No. 64.) This is Respondent's first request for an extension of this deadline. This Court finds that good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for extension of time (ECF No. 64) is granted. Respondent has up to and including June 1, 2026, to file her answer.

DATED THIS 5th day of May 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1