UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DARION MUHAMMAD-COLEMAN,

Petitioner,

v.

NETHANJAH BREITENBACH,

Respondent.

Case No. 3:23-cv-00012-ART-CLB

ORDER

This matter is before the Court on Petitioner Darion Muhammad-Coleman's unopposed motion for a 14-day extension of time to file his reply to the amended petition. (ECF No. 69.) This is Petitioner's second request for an extension of this deadline. This Court finds that good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for extension of time (ECF No. 69) is granted. Petitioner has up to and including September 28, 2026, to file his reply.

DATED THIS 21st day of September 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE